Debtor: John Henry Riner   Case No: 14-50071                Feb. 10, 2014

RECEIVED AND FILED AT
HARRISONBURG VIRGINIA

2014 FEB 10 P 12:48

JOHN W.L. CRAIG II, CLK
U.S. BANKRUPTCY COURT

DEPUTY CLERK

I, Heather Sheets, am filing an objection to the bankruptcy claim, that John Riner filed with the Bankruptcy Courts in Harrisonburg VA. The Trustee for this claim is George Vogel. Our hearing date for this appeal is March 19, 2014 at 10:00 Am at 116 N. Main St. Harrisonburg VA 22802. This is my official appeal to the above claim by John Riner, in regards to the order staying levy or garnishment. Dated January 29, 2014.

Sincerely,

*Heather Sheets*

Heather Sheets

I, hereby, certify that a copy was mailed to John Riner and Trustee George Vogel on this 10th day of February 2014.

*Heather Sheets*
Heather Sheets