**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **JOHN HENRY RINER,** | **Case No. 14-50071** |
| Debtor. | |

**ORDER DENYING REQUEST FOR RULE 2004 EXAMINATION**

At Harrisonburg in said District this 24th day of March, 2014:

The Court held a hearing on March 19, 2014, to consider creditor Heather Sheets' objection to this Court's order granting the debtor, Mr. Riner's motion to quash. Only the Chapter 7 Trustee appeared at the hearing. After review of the objection, it appears that grounds do not exist to sustain the objection. In addition, the movant failed to appear in prosecution of the objection.

Accordingly, it is

**ORDERED:**

That Heather Sheets' objection to the Court's order granting Mr. Riner's motion to quash is **OVERRULED**.

Copies of this order are directed to be sent to the Debtor; Debtor's counsel; the Chapter 7 Trustee; and to Ms. Sheets.

_Rebecca B. Connelly_
Rebecca B. Connelly
U.S. Bankruptcy Judge